[No. 8081–1–III.   Division Three.   November 3, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. FREDERICK LYNN KEITH, *Petitioner.*

Appeal from a judgment of the Superior Court for Whitman County, No. 86–1–00013–0, Philip H. Faris, J., entered August 5, 1986. *Affirmed* by unpublished opinion per McInturff, J. Pro Tem., concurred in by Munson, A.C.J., and Green, J.


[No. 8858–8–III.   Division Three.   November 3, 1988.]

JOHN GALLADORA, *Appellant,* v. RICHARD E. RICHTER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 87–2–00039–3, Marcus M. Kelly, J., entered September 3, 1987. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson, J., and Stauffacher, J. Pro Tem. Now published at 52 Wn. App. 778.


[No. 20842–0–I.   Division One.   November 7, 1988.]

JACK KREIDER, ET AL, *Appellants,* v. THE CITY OF SUMAS, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 87–2–00163–2, Marshall Forrest, J., entered July 17, 1988. *Reversed with instructions* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Webster, J.